# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32677 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Topacio M. HOWARD** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 16 April 2021, Appellant submitted a Motion to Withdraw from Appellate Review and a request to attach document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 13 April 2021 and by Appellant's counsel on the same day. The Government did not submit any opposition.

Accordingly, it is by the court on this 22d day of April 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and attach the DD Form 2330 is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

GREGORY L. NORRIS, TSgt, USAF
Appellate Court Paralegal